# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ISAAC RODMAN,<br><br>　　　　　Defendant. | **E1728409 and E1728408**<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED the Defendant may appear telephonically at the December 7, 2023 initial appearance.

　　　DATED this 27th day of October, 2023.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　John Johnston
　　　　　　　　　　　　　　United States Magistrate Judge

**Telephonic Hearing Information**

Phone Number- 1-877-873-8018

Access Code - 1101249