IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC S. RODMAN,<br><br>Defendant. | PO-23-5197-GF-JTJ<br><br>VIOLATIONS:<br>E1728408<br>E1728409<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $250 fine and $30 processing fee for violation E1728408 (for a total of $280), and for good cause shown, **IT IS ORDERED** that the $280 fine paid by the defendant is accepted as a full adjudication of violation E1728408.

**IT IS FURTHER ORDERED** that violation E1728409 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the bench trial scheduled for June 20, 2024, is **VACATED.**

DATED this 7th day of June, 2024.

John Johnston
United States Magistrate Judge